NATIONAL PAC. OIL CO. v. UNITED STATES. MIDLAND OILFIELDS CO., Limited, v. SAME. (Circuit Court of Appeals, Ninth Circuit. February 8, 1916.) Nos. 2656–2659. Appeals from the District Court of the United States for the Northern Division of the Southern District of California. A. L. Weil, of San Francisco, Cal., for appellants. E. J. Justice, Sp. Asst. U. S. Atty. Gen., of San Francisco, Cal., and Albert Schoonover, U. S. Atty., of Los Angeles, Cal. On motion made on behalf of counsel for the appellant to dismiss the appeal in each of said causes, without prejudice—ordered, motion granted and appeal in each of said causes dismissed, without prejudice.

---

OREGON–WASHINGTON R. & NAV. CO. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 7, 1916.) No. 2471. In Error to the District Court of the United States for the Northern Division of the Eastern District of Washington; Frank H. Rudkin, Judge. Arthur C. Spencer and Charles E. Cochran, both of Portland, Or., and Hamblen & Gilbert, of Spokane, Wash., for plaintiff in error. Francis A. Garrecht, U. S. Atty., of Spokane, Wash., and Philip J. Doherty, Sp. Asst. U. S. Atty., of Washington, D. C. Before GILBERT and ROSS, Circuit Judges, and WOLVERTON, District Judge.

GILBERT, Circuit Judge. This case presents the same issues and the same state of facts that were before this court in the case of the same title (Case No. 2490, reported 222 Fed. 887, 138 C. C. A. 367), in which this court held that a carrier inadvertently and honestly omitting from the report required by order of the Interstate Commerce Commission under Interstate Commerce Act Feb. 4, 1887, c. 104, 24 Stat. 379, as amended, instances in which employés were permitted to remain on duty for a longer period than that prescribed by Hours of Service Act March 4, 1907, c. 2039, 34 Stat. 1415 (Comp. St. 1913, §§ 8677–8680), is not subject to the penalties imposed by the Interstate Commerce Act. Following that decision, it is ordered that the judgment of the court below be reversed, and that this cause be remanded to the court below for a new trial.

---

SHERMAN, CLAY & CO. v. SEARCHLIGHT HORN CO. (Circuit Court of Appeals, Ninth Circuit. February 21, 1916.) No. 2677. Appeal from the District Court of the United States for the First Division of the Northern District of California. N. A. Acker, of San Francisco, Cal., for appellant. John H. Miller, of San Francisco, Cal., for appellee. On motion of counsel for appellant to withdraw and dismiss appeal, without prejudice, etc.—ordered appeal dismissed, with costs in favor of the appellee and against the appellant. See, also, 225 Fed. 497, 140 C. C. A. 539.